**Opinion filed October 16, 2025**



## In The

# Eleventh Court of Appeals

_____

## No. 11-25-00197-CV

_____

## CREEK AND TIMBER LEGACY, Appellant

## V.

## BYRON BYRNE AND BRANDY BYRNE, Appellees

### On Appeal from the 32nd District Court
### Mitchell County, Texas
### Trial Court Cause No. 18007

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to voluntarily dismiss this appeal. In the motion, Appellant states that it "has decided to dismiss its appeal." Accordingly, we grant Appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

W. BRUCE WILLIAMS
JUSTICE

October 16, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.